IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH S. MOSES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.: 2:10-CV-00258-RWS |
| ) | |
| CITY OF ARCADE, GEORGIA, ) | |
| OFFICER BLAKE YEARGIN, ) | |
| individually, RANDY WILLIAMS, ) | |
| individually and in his official capacity ) | |
| as the Police Chief of the City of Arcade ) | |
| Police Department, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

(1) The undersigned Counsel of Record for defendants certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Dr. Joseph S. Moses, Jr.,

City of Arcade, Georgia

Officer Blake Yeargin, Individually

Police Chief Randy Williams, Individually and in his official capacity

(2)   The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Law Offices of Gerald R. Weber

Goodmark Law Firm

Scottsdale Insurance Company

(3)   The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

For Plaintiff:  Gerald R. Weber and Craig Goodmark

For Defendants:  Theodore Freeman and Brian R. Dempsey

This 22nd day of March, 2011.

**FREEMAN MATHIS & GARY, LLP**

*/s      Brian R. Dempsey*
Theodore Freeman
Georgia Bar No. 276350
tfreeman@fmglaw.com
Brian R. Dempsey
Georgia Bar No. 217596
bdempsey@fmglaw.com

Attorneys for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
Tel: (770) 818-0000
Fax: (770) 937-9960

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

Gerald Weber, Esq.
Law Offices of Gerry Weber, LLC
P.O. Box 5391
Atlanta, GA  31107

Craig Goodmark, Esq.
Goodmark Law Firm
P.O. Box 5259
Atlanta, GA  31107

This 22nd day of March, 2011.

FREEMAN MATHIS & GARY, LLP


/s     *Brian R. Dempsey*
Brian R. Dempsey
Georgia Bar No. 217596
bdempsey@fmglaw.com


100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
Tel: (770) 818-0000
Fax: (770) 937-9960