IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DR. JOSEPH S. MOSES, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) FILE NO. 2:10-CV-00258-RWS |
| CITY OF ARCADE, et. al. | ) |
| Defendants. | ) |

## CONSENT DISMISSAL WITH PREJUDICE
## OF ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1) and Local Rule 41.1, and in accordance with the terms of a Settlement Agreement of the parties, Plaintiff hereby voluntarily dismisses this action with prejudice.

DATED: This the 26th day of April, 2011.

Respectfully submitted,

/s/ Gerald Weber

_____
Gerald Weber
Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Phone: (404) 522-0507
wgerryweber@gmail.com

/s Craig Goodmark
_____
Craig Goodmark
Georgia Bar No. 301428

Goodmark Law Firm
Post Office Box 5259
Atlanta, Georgia 31107
(404) 668-3798
cgoodmark@gmail.com

*Attorneys for Plaintiffs*

/s Theodore Freeman
/s Brian R. Dempsey
_____
Theodore Freeman
(Georgia Bar No. 276350)
Brian R. Dempsey
(Georgia Bar No. 217596)

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing *Voluntary Dismissal With Prejudice of All Defendants* by electronic filing:

FREEMAN MATHIS & GARY, LLP
Theodore Freeman
Brian R. Dempsey
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948

This the 26th day of April, 2011.

        Respectfully submitted,

        /s Gerald Weber_____
        Gerald Weber